RECEIVED
CLERK, U.S. DISTRICT COURT
5/18/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
LAWANDA M. CARTER
21141 CANADA RD
LAKE FOREST, CA 92630
PRO-PER
TELEPHONE NO: 818.371.0145 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): SELF

FOR COURT USE ONLY

FILED
CLERK, U.S. DISTRICT COURT
5/20/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: 255 E. TEMPLE ST.
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF: LAWANDA M. CARTER

DEFENDANT: UNITED STATES

SACV20-929-JVS(ADSx)

☐ DOES 1 TO ______

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

☐ **AMENDED *(Number)*:**

**Type *(check all that apply)*:**

☐ **MOTOR VEHICLE** ☑ **OTHER *(specify)*:** MEDICAL MALPRACTIC
☐ **Property Damage** ☐ **Wrongful Death**
☐ **Personal Injury** ☑ **Other Damages *(specify)*:** NEGLIGENCE

**Jurisdiction *(check all that apply)*:**

☐ **ACTION IS A LIMITED CIVIL CASE**
**Amount demanded** ☐ **does not exceed $10,000**
☐ **exceeds $10,000, but does not exceed $25,000**
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
☐ **from limited to unlimited**
☐ **from unlimited to limited**

CASE NUMBER:

1. **Plaintiff** *(name or names)*: LAWANDA M. CARTER
alleges causes of action against **defendant** *(name or names)*:
UNITED STATES
2. This pleading, including attachments and exhibits, consists of the following number of pages: 19
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name)*: N/A
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| SHORT TITLE: CARTER vs. UNITED STATES | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff *(name):* N/A
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [ ] **except** defendant *(name):* N/A
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   b. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   c. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*
   d. [ ] **except** defendant *(name):*
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*
      (4) [ ] a public entity *(describe):*
      (5) [ ] other *(specify):*

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [ ] Doe defendants *(specify Doe numbers):* ______________________ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [ ] Doe defendants *(specify Doe numbers):* ______________________ are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [✓] Plaintiff is required to comply with a claims statute, **and**
   a. [✓] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: CARTER vs UNITED STATES | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☑ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☐ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify)*:
    LOST OF INDEPENDENCE

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:
    N/A

13. The relief sought in this complaint is within the jurisdiction of this court.
    UNITED STATES DISTRICT COURT

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☐ compensatory damages
    (2) ☑ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
    (1) ☑ according to proof
    (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    PARAGRAPH #1

Date: 3/11/20

LAWANDA M. CARTER
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

# EXHIBIT

# A

On July 12, 2017 Ms Carter filed a formal complaint against Long Beach Veterans Administration (Reference Number GCL347843). On July 28,2017 I received a response from Stephanie Fields, Department of Veterans affairs(021) 251 N. Main Street, Suite 826 Winston Salem, NC 27028 Ph:336-631-5021. Per that response, "Under the Federal Tort Claims Act(FTCA), 28 U.S. Code 1346(b) and 2671-2680, VA has six months to consider a claim before you have the option to file suit in U.S. District Court. 28 U.S. Code 2675. We will make every effort to meet that goal while thoroughly investigating your claim".

In June 2018, Ms. Carter mailed a copy of her complaint and response to: Kenneth A. Redden Claims Officer U.S. EPA Office Of General Counsel, and she still did not receive any response. From June 13, 2018 to July 2, 2018 Ms. Carter reached out to Veterans Administration via Twitter regarding her Complaint Status. Year to date, as of 7/12/18, Ms Carter still have not received a response regarding her claim which is in violation of the law: Under the Federal Tort Claims Act(FTCA), 28 U.S. Code 1346(b) and 2671-2680. She waited until after 7/12/18, anticipating the she would receive a response/settlement offer. After over a year from the date of filing, Ms. Carter received no answer.

A true and correct copy of Ms. Carter's VA Complaint and Response is attached hereto to this complaint as Exhibit "A and B."

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

1. Submit to Appropriate Federal Agency:

Office Of Chief Counsel (644/200)
650 E. Indian School Rd. Bldg. 24
Phoenix AZ 85012

V.A. Long Beach Health-Care System
5901 East 7th Street
Long Beach, CA 90822

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.

LaWanda Marina Carter
21141 Canada Rd. Apt 8K
Lake Forest, CA 92630

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 01/06/72 | Single | 07/2016-Present | AM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Starting 07/2016, I had to initiate beeening seen and eventually treated. I called and called Long Beach V.A. to get some help. No help was render, I was'nt even able to speak to my Doctor/Nurse Practitioner,I went to the V.A. to seek diagnosis-treatment. VA kept sending home without any diagnosis/treatment. I Emailed Secretary Of Veterans Administration (Dr. Robert McDonald) in D.C. Still no resolve. Please see ATTACHMENTS

## PROPERTY DAMAGE

9\. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A NONE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A NONE

## PERSONAL INJURY/WRONGFUL DEATH

10\. STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

July(Numbness in my fingers and toes) August(Numbness in fingers and toes got worst, I was limping) September(Numbness got even worst, I was Hobbling unable to keep my balance. Last week of Sept. I went to the V.A. Emergency Room(Sent Home w/o Diagnosis or treatment. From 10/16 to 04/17 I was CONFINED to my home. Admitted in Hospital, transferred to SNF (SKILLED NURSING FACILITY)

## WITNESSES

11\.

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| N/A<br>NONE | |

## AMOUNT OF CLAIM (in dollars)

12\. (See instructions on reverse).

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| N/A | 17,000,000.00 | N/A NONE | 17,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| LaWanda Marina Carter | 818.371.0145 | 7/6/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

N/A NONE

INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS AFTER THE CLAIM ACCRUES.**

PRIVACY ACT NOTICE

PAPERWORK REDUCTION ACT NOTICE

in:draft

Gmail

Inbox (3)
Starred
Important
Sent Mail
Drafts (14)
Apple1 (11)
More

LaWanda +

| | |
|---|---|
| Draft | (no subject) - Do you have a [illegible] |
| Draft | (no subject) - Hello Secretary [illegible] |
| Draft | (no subject) - Hello Secretary McDonald [illegible] |
| Draft | (no subject) - [illegible] NOT BEEN TREATE |
| Draft | (no subject) - I am a [illegible] |
| Draft | NetZero 2 - [illegible] |
| Draft | NetZero - NetZero can have their DEVICE [illegible] |
| Draft | (no subject) - [illegible] ARE CROOKS |
| Draft | (no subject) - To Whom it may Concern [illegible] |
| Draft | Grant (DARPA-BAA-13-29) DISCRIMINATIN |
| Draft | Grant (DARPA-BAA-13-29) DISCRIMINATIN |
| Draft | Parenting Coach and [illegible] |
| me (2), Draft | Position of House Manager - Forwarded [illegible] |
| Draft | (no subject) - Terry [illegible] |

No recent chats

0.83 GB (6%) of 15 GB used

Complaints

LaWanda Carter

A. McDonald

Carter, Amy

LaWanda Carter

Good Afternoon Ms. Carter,

LaWanda M. Carter

Carter, Amy

LaWanda Carter

to Amy

TREATMENTS REFERS THAT VETERANS

Carter, Amy

LaWanda Carter

to Amy

Good morning Amy I know its so early but hey I CAN'T SLEEP because of



VA
U.S. Department of Veterans Affairs
Office of General Counsel

Torts Law Group
251 North Main Street, Suite 826
Winston Salem, NC 27028

Telephone: (336) 631-5021

In Reply Refer To: GCL 347843

July 28, 2017

LaWanda Marina Carter
21141 Canada Road, Apt 8K
Lake Forest, CA 92630

Re: Administrative Tort Claim

Dear Ms. Carter:

The U.S. Department of Veterans Affairs (VA), Office of General Counsel – Torts Law Group, received your Standard Form (SF) 95, Claim for Damage, Injury, or Death, on July 12, 2017. You are claiming $17,000,000.00 in damages.

Under the Federal Tort Claims Act (FTCA), 28 U.S. Code §§ 1346(b) and 2671-2680, VA has six months to consider a claim before you have the option to file suit in U.S. District Court. 28 U.S. Code § 2675. We will make every effort to meet that goal while thoroughly investigating your claim.

Under 28 Code of Federal Regulations § 14.4, which implements the FTCA, we may request further information as part of our investigation. The investigator assigned to your claim will contact you concerning what additional information is necessary for your claim. However, should you have any of the information listed below, please provide this information to the investigator assigned as soon as possible:

1. Copies of any non-VA medical records related to the alleged injury or injuries, if applicable.

2. Copies of medical bills from non-VA providers related to the alleged injury or injuries, if applicable.

3. Sources and amounts of income to include Social Security, retirement, pensions, VA benefits and copies of past federal income tax returns.

4. If claiming any loss of time from employment, a written statement from the employer listing time off work and the wages lost because of the injury. If claiming a loss of self-employment, evidence of the earnings lost.

5. Any other information and documents that may support the claim, including a medical opinion, if obtained.

The investigator assigned to your claim is:

Stephanie Fields
Department of Veterans Affairs (021)
251 N. Main Street, Suite 826
Winston Salem, NC 27028
Telephone 336-631-5021

If you have any questions or concerns, you may communicate directly with the investigator, who will be happy to assist. The investigator may not, however, provide legal advice, recommendations, or represent you for any purpose. If you believe that you need legal advice on your claim, you should contact an attorney for assistance. If you do, please be sure that your attorney notifies this office of the representation immediately.

A combination of Federal and state laws govern FTCA claims; some state laws may limit or bar a claim or lawsuit. VA legal staff handling FTCA claims work for the Federal government, and cannot provide legal advice on state or Federal law or on filing requirements.

Thank you for your cooperation.

Sincerely,

Annie L King

ANNIE L. KING
Legal Assistant

Drafts (14) - [illegible] - Gmail

Sans Serif

7/6/17

I LOST ABOUT A YEAR OF MY LIFE, BECAUSE OF THIS EVERYTHING THAT WAS DONE BY LONG BEACH ADMIN-ISTRATION, IT WAS DONE BECAUSE I INITIATED IT. I CALLED OVER AND OVER EXPLAINING THAT MY HANDS AND FEET WERE NUMB WHICH WAS AFFECTING MY WRITING & WALKING. BUT TO NO RESOLVE.

I EMAILED SECRETARY OF VETERANS AFFAIRS (DR. ROBERT MC DONALD) BECAUSE I WAS NOT ALLOWED TO SPEAK WITH MY DOCTOR OR THE DIRECTOR. AFTER GETTING THE RUN-AROUND, I DECIDED TO GO SEE MY DOCTOR AS A "WALK-IN OR URGENT CARE". V.A. KEPT ~~SEEG~~ SENDING ME HOME WITHOUT DIAGNOSING ME OR TREATING ME.

IN JULY, THE NUMBNESS WAS AFFECTING MY WRITING AND WALKING.
IN AUGUST, THE NUMBNESS WAS CAUSING ME TO LIMP, WHEN I WALKED.
IN SEPTEMBER, I WAS HOBBLING SO BAD THAT I WENT AND SPOKEN TO AMY CANTER "THE EXECUTIVE TO THE DIRECTOR" BEGGING HER TO HELP ME IN GETTING DIAGNOSED AND TREATMENT. SECOND OR THIRD WEEK OF SEPTEMBER, I STARTED RECIVING ACUPUNCTURE. THE LAST WEEK OF SEPTEMBER THE NUMBNESS CAUSED ME TO HAVE TO GO TO THE

7/6/17

CONT. /
LONG BEACH V.A. EMERGENCY ROOM, STILL NO RESOLVE, I WAS SENT BACK HOME WITHOUT BEING DIAGNOSED OR TREATMENT.

OCTOBER, BECAME THE BEGINNING OF ME NOT BEING ABLE TO WORK, I WAS FORCED TO "TAKE A LEAVE OF ABSENCE" FROM MY JOB, NOT BEING STAND OR WALK, I BECAME CONFINED TO MY HOME. FROM OCT TO DEC, CONFINED TO MY HOME, NOT ABLE WALK (WITHOUT FALLING) WRITE, OR TALK VERY WELL. I WAS NOT ABLE TO CARE FOR MYSELF. I ATTEMPTED TO EMAIL SECRETARY OF VETERANS ADMIN. (DR. ROBERT McDONALD USING MY CELL PHONE. I DRAFTED TWO OR THREE DIFFERENT EMAILS BUT I WAS NOT ABLE TO SEND THEM TO HIM.

NOVEMBER, TAKING CARE OF MYSELF WAS HARDER AND HARDER. I KEPT FALLING, RISKING SERIOUS INJURIES. TIME AND TIME AGAIN, I HAD TO CALL 911 EMERGENCY FOR ASSISTANCE. THE END OF NOVEMBER I HAD TO CALL 911, AND GO TO THE EMERGENCY ROOM AGAIN.

7/16/19

CONT. 2

DECEMBER 31, 2016 (NEW YEAR'S EVE) I WAS ADMITTED TO SADDLEBACK HOSPITAL AND WAS LATER TRANSFERRED TO A SKILLED NURSING FACILITY AND I STAYED THERE FOR 3 1/2 MONTHS. I WAS DISCHARGED ON APRIL 20, 2017.)

15

CONT. 3

FOR EVERY MONTH THAT THE LONG BEACH V.A SENT ME HOME WITHOUT DIAGNOSIS OR TREATMENT, 1 MILLION (JULY, AUGUST, SEPTEMBER) TOTAL OF 3 MILLION.

FOR EVERY MONTH THAT I WAS CONFINED TO MY HOME, ADMITTANCE TO THE HOSPITAL, AND TRANSFERRED TO SKILLED NURSING FACILITY, 2 MILLION (OCTOBER, NOVEMBER, DECEMBER, JANUARY, FEBRUARY, MARCH, AND APRIL) TOTAL OF 14 MILLION.

WILL SETTLE FOR 7 MILLION AND AGREE:
NOT TO SPEAK ABOUT SETTLEMENT AND REMAIN SILENT ABOUT ANYTHING NEGATIVE REFERRING TO THE V.A. IN GENERAL.
OVERHAUL OF DOCTORS RESPONSIBLE FOR MY AILMENT
OVERHAUL OF LIBERTY TRANSPORTATION

[initials]

16

OFFICE OF CHIEF COUNSEL
MARK ROMANESKI (644/2200)
650 E INDIAN SCHOOL Rd, BLDG 24
PHOENIX, AZ 85012

# EXHIBIT

# B

LAWANDA M. CARTER
21141 CANADA RD.
LAKE FOREST, CA 92630
RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 18 2020
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
New
CV
1000
UNITED STATES DISTRICT COUR
255 E. TEMPLE ST
LOS ANGELES, CA 90012
TS134