# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 20-00929JVS(ADSx)     Date  September 9, 2020

Title  Lawanda M Carter v United States

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                              Not Present

**Proceedings:**   (In Chambers)  **SECOND** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than **September 30, 2020**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

_X_  A **VALID** Proof of service of and/or
_X_  Answer by the defendant(s) or plaintiff's request for entry of default.

**The proof of service filed by the plaintiff on July 16, 2020 is not valid service. Service is not complete until the proof of service is filed with the original or a copy of the compelted return of service of registered or certified mail indicating that the mail was received.**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

Scheduling Conference set for August 31, 2020 at 11:30 a.m. is VACATED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 20-00929JVS(ADSx)  Date  September 9, 2020

Title  Lawanda M Carter v United States

:  00

Initials of Preparer  lmb